UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONA MOORE,

                Plaintiff,

-against-

DOMTAR CORPORATION, JOHN D. WILLIAMS, GIANNELLA ALVAREZ, ROBERT E. APPLE, DAVID J. ILLINGWORTH, BRIAN M. LEVITT, DAVID G. MAFFUCCI, PAMELA B. STROBEL, DENIS TURCOTTE, and MARY A. WINSTON,

                Defendants.

**ORDER**

21 Civ. 5431 (PGG)

PAUL G. GARDEPHE, United States District Judge:

        Plaintiff commenced this action on June 21, 2021. (Dkt. No. 1) The Clerk's Office issued an electronic summons as to each of the Defendants on June 22, 2021. (Dkt. No. 5) Plaintiff has not filed proof of service.

        Rule 4(m) of the Federal Rules of Civil Procedure provides as follows:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

        By **November 24, 2021**, Plaintiff will file proof of service of the Summons and Complaint on each Defendant. If proof of service is not filed by **November 24, 2021**, and if Plaintiff does not make a written application to the Court to extend the time for service, showing

good cause for the failure to serve, Plaintiff's claims against Defendant **will be dismissed**.

Dated: New York, New York
       November 12, 2021

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge