UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DONA MOORE,

                    Plaintiff,

          -against-

DOMTAR CORPORATION, JOHN D.
WILLIAMS, GIANNELLA ALVAREZ,
ROBERT E. APPLE, DAVID J.
ILLINGWORTH, BRIAN M. LEVITT, DAVID
G. MAFFUCCI, PAMELA B. STROBEL,
DENIS TURCOTTE, and MARY A.
WINSTON,

                    Defendants.

**ORDER**

21 Civ. 5431 (PGG)

PAUL G. GARDEPHE, United States District Judge:

          Plaintiff commenced this action on June 21, 2021.  (Dkt. No. 1)  The Clerk's

Office issued an electronic summons as to each of the Defendants on June 22, 2021.  (Dkt.

No. 5)  Plaintiff has not filed proof of service.

          Rule 4(m) of the Federal Rules of Civil Procedure provides as follows:

> If a defendant is not served within 90 days after the complaint is filed, the court—
> on motion or on its own after notice to the plaintiff—must dismiss the action
> without prejudice against that defendant or order that service be made within a
> specified time.  But if the plaintiff shows good cause for the failure, the court
> must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

          On November 12, I issued an order setting a deadline of November 24, 2021 for

Plaintiff to file proof of service of the Summons and Complaint on each Defendant.  Since proof

of service has not been filed, Plaintiff's claims against Defendants are dismissed without

prejudice.

Dated:  New York, New York
       December 14, 2021

SO ORDERED.

_____

Paul G. Gardephe
United States District Judge